USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HILDA L. SOLIS, Secretary of Labor,       :
United States Department of Labor,        :
                                          :
                    Plaintiff,            :        10 Civ. 5632 (PAE)
                                          :
        -v-                               :
                                          :
TRANSPORT WORKERS UNION OF                :
AMERICA,                                  :
                                          :
                    Defendant.            :

---

## ORDER DECLARING ELECTION RESULTS AND FOR FINAL JUDGMENT

AND NOW, this 18th day of October, 2012, upon consideration of the Declaration

of Patricia Fox dated October 16, 2012, filed by plaintiff Hilda Solis, Secretary of the United

Staets Department of Labor,

1.    It is HEREBY DECLARED, pursuant to 29 U.S.C. § 482(c)(2), that the following

persons are officers of the Transport Workers Union of America, as indicated:

|     |     |     |
| --- | --- | --- |
| a. | Thomas Lenane | International Vice President |
| b. | Derick Echevarria | International Executive Board Member |
| c. | Richard Davis | International Executive Board Member |

2.    It is HEREBY ORDERED that this matter is dismissed.

*Paul A. Engelmayer*

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE